UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

FILED
MAY 09 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO. |
| § | |
| JOHN TIMOTHY EARNEST § | 19MJ1900 |
| § | |

## CERTIFICATE OF THE ASSISTANT ATTORNEY GENERAL

I, Eric S. Dreiband, hereby certify that in my judgment, prosecution by the United States of John Timothy Earnest for violations of Title 18, United States Code, § 247 and § 249, on or about April 27, 2019, and Title 18, United States Code, § 247, on or about March 24, 2019, is in the public interest and is necessary to secure substantial justice. This certification is made pursuant to Title 18, United States Code, § 247(e) and § 249(b).

Signed this 8th day of May, 2019.

_____
Eric S. Dreiband
Assistant Attorney General
Civil Rights Division