1  Robert S. Brewer, Jr.
   United States Attorney
2  JOHN N. PARMLEY
   Assistant United States Attorney
3  California State Bar No. 178885
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-7957
   Email: John.Parmley@usdoj.gov
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9                  UNITED STATES DISTRICT COURT

10                SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,        | Case No.: 19MJ1900-KSC
12 |         Plaintiff,               |
13 |    v.                            | NOTICE OF APPEARANCE
14 | JOHN TIMOTHY EARNEST,            |
15 |         Defendant.               |

16

17     TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

18     I, the undersigned attorney, enter my appearance as lead counsel
19 for the United States in the above-captioned case.  I certify that I
20 am admitted to practice in this court or authorized to practice under
21 CivLR 83.3.c.3-4.
22     The following government attorneys (who are admitted to practice
23 in this court or authorized to practice under CivLR 83.3.c.3-4) are
24 also associated with this case, should be listed as lead counsel for
25 CM/ECF purposes, and should receive all Notices of Electronic Filings
26 relating to activity in this case:
27          <u>Name</u>
28

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None.

Please feel free to call me if you have any questions about this notice.

DATED: May 9, 2019.

                                  Respectfully submitted,

                                  Robert S. Brewer, Jr.
                                  United States Attorney

                                  *s/ JOHN N. PARMLEY*
                                  JOHN N. PARMLEY
                                  Assistant U.S. Attorney
                                  Attorneys for Plaintiff
                                  United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN TIMOTHY EARNEST,<br><br>   Defendant. | Case No.: 19MJ1900-KSC<br><br>CERTIFICATE OF SERVICE |

I, the undersigned declare under penalty of perjury, that I am over the age eighteen years and I am not a party to the above-entitled action; that I served the following document: Notice of Appearance, in the following manner: by electronically filing with the U.S. District Court for the Southern District of California using its ECF System.

Dated: May 9, 2019.

                                      Robert S. Brewer, Jr.
                                      United States Attorney

                                      *s/ JOHN N. PARMLEY*
                                      JOHN N. PARMLEY
                                      Assistant U.S. Attorney
                                      Attorneys for Plaintiff
                                      United States of America