FILED

19 MAY 21 PM 12:54

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:            as       DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN TIMOTHY EARNEST,<br><br>          Defendant. | Case No. 19CR1850 AJB<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 247(a)(2), 247(d)(1), and 247(d)(3) – Obstruction of Free Exercise of Religious Beliefs; Title 18, U.S.C., Sec. 249(a)(1)(B) – Hate Crime Acts; Title 18, U.S.C., Sec. 247(a)(1) and 247(d)(3) – Attempted Damage to Religious Property; Title 18, U.S.C., Sec. 924(c) and 924(j) – Using and Carrying a Firearm During and In Relation to a Crime of Violence; Title 18, U.S.C., Sec. 924(d) and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The grand jury charges:

Count 1

On or about April 27, 2019, within the Southern District of California, defendant JOHN TIMOTHY EARNEST intentionally obstructed, by force, victim L.G-K. in the enjoyment of her free exercise of religious beliefs and the offense was in and affected interstate commerce. The acts of defendant JOHN TIMOTHY EARNEST resulted in the death of L.G-K. All in violation of Title 18, United States Code, Sections 247(a)(2) and 247(d)(1).

PGK/SPH/CPH:cms(xxx)(1):San Diego
5/21/19

### Counts 2-4

On or about April 27, 2019, within the Southern District of California, defendant JOHN TIMOTHY EARNEST intentionally obstructed, by force and threat of force, each victim listed below in the enjoyment of that victim's free exercise of religious beliefs and the offense was in and affected interstate commerce. The acts of defendant JOHN TIMOTHY EARNEST included an attempt to kill, and resulted in bodily injury to each victim in Counts 2 through 4; the acts also included the use, attempted use, and threatened use of a dangerous weapon, to wit, a Smith & Wesson Model M&P 15 Sport II semi-automatic rifle, bearing serial number ending in 950.

| Count | Victim |
| --- | --- |
| 2 | Y.G. |
| 3 | A.P. |
| 4 | N.D., a juvenile |

All in violation of Title 18, United States Code, Sections 247(a)(2), 247(d)(1), and 247(d)(3).

### Counts 5-54

On or about April 27, 2019, within the Southern District of California, defendant JOHN TIMOTHY EARNEST intentionally obstructed, by force and threat of force, each victim listed below in the enjoyment of that victim's free exercise of religious beliefs and the offense was in and affected interstate commerce. The acts of defendant JOHN TIMOTHY EARNEST included an attempt to kill each victim in Counts 5 through 54, and the use, attempted use, and threatened use of a dangerous weapon, to wit, a Smith & Wesson Model M&P 15 Sport II semi-automatic rifle, bearing serial number ending in 950.

| Count | Victim |
|---|---|
| 5 | S.A. |
| 6 | D.A. |
| 7 | N.A., a juvenile |
| 8 | Y.A., a juvenile |
| 9 | I.A. |
| 10 | J.A. |
| 11 | Ja.A. |
| 12 | F.A. |
| 13 | A.A. |
| 14 | Z.B. |
| 15 | J.M.C. |
| 16 | L.C. |
| 17 | J.C. |
| 18 | D.C. |
| 19 | N.C. |
| 20 | I.D. |
| 21 | L.D., a juvenile |
| 22 | Li.D., a juvenile |
| 23 | M.D. |
| 24 | R.E., a juvenile |
| 25 | T.E. |
| 26 | P.F. |
| 27 | G.F. |
| 28 | S.G. |
| 29 | C.G., a juvenile |
| 30 | R.G., a juvenile |

| Count | Victim |
|---|---|
| 31 | Yo.G., a juvenile |
| 32 | M.G. |
| 33 | Ye.G. |
| 34 | J.H. |
| 35 | R.I. |
| 36 | R.K. |
| 37 | H.K. |
| 38 | Ha.K. |
| 39 | A.L. |
| 40 | A.M. |
| 41 | J.M. |
| 42 | R.P. |
| 43 | G.P. |
| 44 | S.P. |
| 45 | R.S. |
| 46 | H.S. |
| 47 | K.S. |
| 48 | L.S. |
| 49 | A.S., a juvenile |
| 50 | O.S. |
| 51 | K.T. |
| 52 | S.T., a juvenile |
| 53 | N.T., a juvenile |
| 54 | A.T., a juvenile |

All in violation of Title 18, United States Code, Sections 247(a)(2), 247(d)(1), and 247(d)(3).

Count 55

On or about April 27, 2019, within the Southern District of California, defendant JOHN TIMOTHY EARNEST willfully caused bodily injury to L.G-K., because of the actual and perceived race of any person. The offense resulted in the death of L.G-K. All in violation of Title 18, United States Code, Section 249(a)(1)(B)(i).

Counts 56-58

On or about April 27, 2019, within the Southern District of California, defendant JOHN TIMOTHY EARNEST willfully caused bodily injury to the victims listed below, because of the actual and perceived race of any person. Each offense included an attempt to kill each victim listed in Counts 56 through 58:

| Count | Victim |
|---|---|
| 56 | Y.G. |
| 57 | A.P. |
| 58 | N.D. |

All in violation of Title 18, United States Code, Section 249(a)(1)(B)(ii).

Counts 59-108

On or about April 27, 2019, in the Southern District of California, defendant JOHN TIMOTHY EARNEST, through the use of a firearm, willfully attempted to cause bodily injury to each victim listed below, because of the actual and perceived race of any person. Each offense included an attempt to kill each victim listed in Counts 59 through 108:

| Count | Victim |
|---|---|
| 59 | S.A. |
| 60 | D.A. |

| Count | Victim |
| --- | --- |
| 61 | N.A., a juvenile |
| 62 | Y.A., a juvenile |
| 63 | I.A. |
| 64 | J.A. |
| 65 | Ja.A. |
| 66 | F.A. |
| 67 | A.A. |
| 68 | Z.B. |
| 69 | J.M.C. |
| 70 | L.C. |
| 71 | J.C. |
| 72 | D.C. |
| 73 | N.C. |
| 74 | I.D. |
| 75 | L.D., a juvenile |
| 76 | Li.D., a juvenile |
| 77 | M.D. |
| 78 | R.E., a juvenile |
| 79 | T.E. |
| 80 | P.F. |
| 81 | G.F. |
| 82 | S.G. |
| 83 | C.G., a juvenile |
| 84 | R.G., a juvenile |
| 85 | Yo.G., a juvenile |
| 86 | M.G. |

| Count | Victim |
|---|---|
| 87 | Ye.G. |
| 88 | J.H. |
| 89 | R.I. |
| 90 | R.K. |
| 91 | H.K. |
| 92 | Ha.K. |
| 93 | A.L. |
| 94 | A.M. |
| 95 | J.M. |
| 96 | R.P. |
| 97 | G.P. |
| 98 | S.P. |
| 99 | R.S. |
| 100 | H.S. |
| 101 | K.S. |
| 102 | L.S. |
| 103 | A.S., a juvenile |
| 104 | O.S. |
| 105 | K.T. |
| 106 | S.T., a juvenile |
| 107 | N.T., a juvenile |
| 108 | A.T., a juvenile |

All in violation of Title 18, United States Code, Section 249(a)(1)(B)(ii).

//

//

7

Count 109

On or about March 24, 2019, within the Southern District of California, defendant JOHN TIMOTHY EARNEST intentionally attempted to damage and destroy religious real property, that is, the Dar-ul-Arqam Mosque, Escondido, California, because of the religious character of that property, and the offense was in and affected interstate and foreign commerce. Such acts included the use of fire. All in violation of Title 18, United States Code, Sections 247(a)(1) and 247(d)(3).

Count 110

On or about April 27, 2019, within the Southern District of California, defendant JOHN TIMOTHY EARNEST knowingly used, carried, and discharged a firearm, that is, a Smith & Wesson Model M&P 15 Sport II semi-automatic rifle, bearing serial number ending in 950, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the offenses charged in Counts 1 and 55 of this Indictment; and caused the death of and unlawfully killed with malice aforethought victim L.G-K., a human being, through the use of a firearm. All in violation of Title 18, United States Code, Sections 924(c) and 924(j).

Counts 111-113

On or about April 27, 2019, within the Southern District of California, defendant JOHN TIMOTHY EARNEST knowingly used, carried, and discharged a firearm that is, a Smith & Wesson Model M&P 15 Sport II semi-automatic rifle, bearing serial number ending in 950, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the offenses charged in this Indictment set forth below:

//

| Count | Offense |
|-------|---------|
| 111   | Counts 2 and 56 |
| 112   | Counts 3 and 57 |
| 113   | Counts 4 and 58 |

All in violation of Title 18, United States Code, Section 924(c).

## SPECIAL FINDINGS

For Counts 1 and 110, pursuant to Title 18, United States Code, Section 3591(a)(2)(A)-(D), defendant JOHN TIMOTHY EARNEST was over 18 years of age at the time of the offense and:

1. intentionally killed the victim,
2. intentionally inflicted serious bodily injury that resulted in the death of the victim,
3. intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim died as a direct result of the act, and
4. intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act.

For counts 1 and 110, pursuant to Title 18, United States Code, Sections 3592(c)(5), (c)(9), and (c)(16), defendant JOHN TIMOTHY EARNEST:

1. in the commission of the offense, knowingly created a grave risk of death to one and more persons in addition to the victim of the offense,

2. committed the offense after substantial planning and premeditation to cause the death of a person,

3. intentionally killed and attempted to kill more than one person in a single episode.

## FORFEITURE ALLEGATIONS

1. Counts 1 through 113 are realleged and incorporated to allege forfeiture to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the offenses alleged in Counts 1 through 113 of this Indictment, defendant JOHN TIMOTHY EARNEST shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to, a Smith & Wesson Model M&P 15 Sport II semi-automatic rifle, bearing serial number ending in 950, and approximately 50 rounds of .223 ammunition.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant: 1) cannot be located upon the exercise of due diligence; 2) has been transferred or sold to, or deposited with, a third party; 3) has been placed beyond the jurisdiction of the Court; 4) has been substantially diminished in value; or 5) has been commingled with other property which cannot be subdivided without difficulty,

//
//
//
//

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), which incorporates Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All in violation of Title 18, United States Code, Sections 924(d), and Title 28, United States Code, Section 2461(c).

DATED: May 21, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

By: _____
CAROLINE P. HAN
SHANE P. HARRIGAN
PETER G. KO
Assistant U.S. Attorneys

By: _____
ROSE GIBSON
Special Asst. U.S. Attorney