**R. DEKE FALLS**
California State Bar No. 289490
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Deke_Falls@fd.org

Attorneys for Mr. Earnest

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   19CR1850-AJB |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF ATTORNEY APPEARANCE AS *CO-COUNSEL* |
| JOHN TIMOTHY EARNEST, | |
| Defendant. | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Deke Falls and Federal Defenders of San Diego, Inc. files this Notice of Appearance as *co-counsel* in the above-captioned case.

Respectfully submitted,

Dated:  May 21, 2019      *s/ Deke Falls*
DEKE FALLS
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Earnest