ROBERT S. BREWER, JR.
United States Attorney
CAROLINE P. HAN, CBN 250301
SHANE P. HARRIGAN, CBN 115757
PETER KO, CBN 191994
Assistant U.S. Attorneys
ROSE GIBSON, Maryland BN 1407150002
Special Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6968
Fax: (619) 546-0450
Email: caroline.han@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JOHN TIMOTHY EARNEST,<br><br>           Defendant. | Case No. 19CR1850-AJB<br><br>**JOINT MOTION FOR PROTECTIVE ORDER** |

The United States and defendant JOHN TIMOTHY EARNEST jointly move for a protective order pursuant to Federal Rule of Criminal Procedure 16(d)(1).

"At any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." Fed. R. Crim. P. 16(d). This case arises from alleged civil rights and hate crimes involving separate incidents at a Jewish synagogue and an Islamic mosque. The parties believe an order limiting their use and disclosure of discovery is appropriate and will help ensure a fair trial. The order also allows the parties to share and discuss discovery with the prosecution and defense teams

for Earnest's state case, where he is charged with offenses arising from the same events. The proposed order is submitted separately.

DATED: June 13, 2019

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

s/Caroline P. Han
CAROLINE P. HAN
SHANE P. HARRIGAN
PETER KO
Assistant U.S. Attorneys

ROSE GIBSON
Special Assistant U.S. Attorney


s/Kathryn N. Nester (with auth)
KATHRYN N. NESTER
R. DEKE FALLS
Federal Defenders of San Diego, Inc.
Counsel for Earnest

2