# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No: 18CR1850-AJB |
| JOHN T. EARNEST, | ) |

**PLEASE RECEIPT AND RETURN**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

(√) Ad Prosequendum        ( ) Ad Testificandum

Name of Detainee:     John T. Earnest
Detained at (custodian):    Attention: Warden, San Diego County Jail
1173 Front Street, San Diego, CA 92101.

Detainee is:  a.)  (√) charged in this district by:
                     ( ) Indictment        ( ) Information        (√) Complaint
Charging Detainee With:    18: U.S.C. §§ 247 and 249

or    b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  (√) return to the custody of detaining facility upon termination of proceedings
or    b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility.

Appearance is necessary for Arraignment on **Wednesday, June 26, 2019**, at 10:00 a.m. in the courtroom before Judge Anthony J. Battaglia, United States Courthouse, 221 West Broadway San Diego, CA 92101.

I hereby attest and certify on 6/13/19
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

AUSA Shane P. Harrigan
619-546-6981; Shane.Harrigan@usdoj.gov
Attorney of Record for: United States of America

RECEIVED 2019 JUN 13 AM 11:32 U.S. MARSHALS-S/CA

## WRIT OF HABEAS CORPUS

(√) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date 6/12/2019

ANDREW G. SCHOPLER
U.S. MAGISTRATE JUDGE
United States Judge (SEAL)

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | John T. Earnest | Male ■ Female ☐ | |
| Booking or Fed. Reg. #: | 19726575 | DOB: | 06/08/1999 |
| Facility Address: | San Diego County Central Jail | Race: | |
| | 1173 Front Street, San Diego, CA 92101 | FBI #: | |
| Facility Phone: | (619) 610-1647 | | |
| Currently Incarcerated For: | | | |

## RETURN OF SERVICE

Executed on _____ by _____        _____
                                        (Signature)