UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19CR1850-AJB |
|---|---|
| Plaintiff, | **PROTECTIVE ORDER** |
| v. | |
| JOHN TIMOTHY EARNEST | |
| Defendant. | |

Based on the parties' joint motion, **IT IS ORDERED** that:

1.	The parties shall not show or provide discovery to, or discuss the contents of discovery with, anyone besides the defense team, the prosecution team, the Court (including Pretrial Services or U.S. Probation), the state prosecution team, and Earnest's state defense team. The only exception is a party may show or give a witness discovery or talk to the witness about the discovery.

2.	Each party shall confer with the opposing party before filing or lodging with the Court materials received in discovery and give the opposing party an opportunity to object that the submission should be sealed.

3.	This Order does not apply to proceedings in open court.

1

4.     Defense team means employees of Federal Defenders, Inc. or any other present or future law firms or attorneys representing Earnest in this case, any experts retained by same, and any persons who are included within the attorney-client or work product privilege, regardless of whether they receive any remuneration. Prosecution team means employees of the U.S. Attorney's office, the Department of Justice, and any law enforcement agency that worked on or is working on this case and any experts retained by same. State prosecution team means employees of the San Diego County District Attorney's office and any experts retained by same. State defense team means any employees of the firm(s) or attorney(s) representing Earnest in his state prosecution and any investigators or experts retained by same.

**IT IS SO ORDERED.**

Dated:  June 14, 2019

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge