```
1  KIMBERLY S. TRIMBLE
   California State Bar No. 288682
2  Federal Defenders of San Diego, Inc.
   225 Broadway, Suite 900
3  San Diego, California  92101 5030
   Telephone:  (619) 234 8467
4  Kimberly_Trimble@fd.org

5  Attorneys for Mr. Earnest
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE ANTHONY J. BATTAGLIA

| UNITED STATES OF AMERICA, | Case No. 19-CR-1850-AJB |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE AS CO-COUNSEL |
| JOHN TIMOTHY EARNEST, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Kimberly S. Trimble files this notice of appearance as co-counsel in the above-captioned case.

Respectfully submitted,

Dated:  June 19, 2019

*/s/ Kimberly S. Trimble*
KIMBERLY S. TRIMBLE
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Earnest