UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 19CR1850-AJB |
| Plaintiff, | ) ) ) | ORDER GRANTING JOINT MOTION TO CONTINUE |
| v. | ) ) | (Doc. No. 27) |
| JOHN TIMOTHY EARNEST, | ) ) | |
| Defendant. | ) | |

The United States of America and defendant JOHN TIMOTHY EARNEST jointly move to continue the motion hearing and trial setting from June 26, 2019, 10 am to a date and time convenient to the court in approximately late November or early December 2019. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For reasons stated in paragraph 3 of the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the joint motion is granted. The motion hearing and trial setting shall be continued to November 27, 2019.    IT IS FURTHER

ORDERED that the period of delay from the filing of the joint motion until the date above shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated:  June 24, 2019

Hon. Anthony J. Battaglia
United States District Judge