UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 19-CR-1850-AJB |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENSE REQUEST FOR APPOINTMENT OF ADDITIONAL LEARNED COUSEL** |
| JOHN TIMOTHY EARNEST, | |
| Defendant. | |

    Defendant has been indicted on 113 criminal counts, including Special Findings which make this a death-eligible case. Upon application of the defense and pursuant to 18 U.S.C. § 3005, the Court appoints Patrick J. Burke, 303 16th Street Suite 200, Denver, Colorado 80202, (303) 825-3050, Patrick_j_burke@msn.com, as an additional learned counsel for the defendant in this case. Upon review of Mr. Burke's curriculum vitae, the Court is satisfied that he has the knowledge and experience suitable for this role.

    IT IS SO ORDERED.

Dated: September 25, 2019

_____
Hon. Anthony J. Battaglia
United States District Judge