randum



| Subject | Date | |
|---|---|---|
| AUSA Request/Writ of Habeas Corpus | March 11, 2020 | **FILED** Mar 11 2020 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY s/ stevem DEPUTY |
| To<br>Steven Stafford<br>United States Marshal<br>United States Marshals Service | From<br>Shane P. Harrigan<br>Assistant United States Attorney<br>Levi Munden (619) 546-7955<br>Legal Assistant | |

The following information is submitted in order to expedite the execution of the attached AUSA request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of the transporting deputies.

NAME: **JOHN T. EARNEST**
AKA: _____
DOB: 06/08/1999   RACE: _____   SEX: __Male__
FED Reg./BOOKING NO.: __19726575__   BOP No.: _____

**CA SID:**

STATE BOOKING NO.: __19726575__
FBI NO.: _____
FEDERAL/STATE CHARGES: 18: U.S.C. §§ 247 and 249
Hearing Date Scheduled: **Friday, March 20, 2020**, in the courtroom of the Hon. Anthony J. Battaglia, United States Courthouse, 221 West Broadway San Diego, CA 92101.
CASE NAME/NO.: **United States v. JOHN T. EARNEST, 19CR1850-AJB**

INSTITUTE'S PHONE NO.: (619) 610-1647   COMMERCIAL: _____
San Diego County Central Jail, 1173 Front St., San Diego, CA 92101
Area/Cell number:

OTHER INFORMATION AS TO HANDLING OF SUBJECT, ETC.:
 **If any problems arise, please call AUSA Shane P. Harrigan 619-546-6981;**
**Shane.Harrigan@usdoj.gov or his legal assistant, Levi Munden at 619-546-7955;**
**Levi.Munden@usdoj.gov**
It is understood that fifteen (15) working days are needed to process AUSA requests/writs of habeas corpus, except for those directed to San Diego County Jail, and then three (3) days are needed.

**(THIS MEMO IS TO REMAIN ATTACHED TO THE AUSA REQUEST/WRIT)**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v.                             )<br>JOHN T. EARNEST,             ) | Case No: 19CR1850-AJB |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

(√) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee: John T. Earnest
Detained at (custodian): Attention: Warden, San Diego County Jail
1173 Front Street, San Diego, CA 92101

Detainee is:   a.)   (√) charged in this district by:
                       ( ) Indictment      ( ) Information      (√) Complaint
Charging Detainee With:   18: U.S.C. §§ 247, 249 and 924

or    b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   (√) return to the custody of detaining facility upon termination of proceedings
or    b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility.

Appearance is necessary for Motion Hearing/Trial Setting on **Friday, March 20, 2020**, at 10:00 a.m. in the courtroom before Judge Anthony J. Battaglia, United States Courthouse, 221 West Broadway San Diego, CA 92101.

I hereby attest and certify on 3/11/20
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

AUSA Shane P. Harrigan
619-546-6981; Shane.Harrigan@usdoj.gov
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(√) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date _____                United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | John T. Earnest | Male ■ | Female ⬜ |
| Booking or Fed. Reg. #: | 19726575 | DOB: | 06/08/1999 |
| Facility Address: | San Diego County Central Jail | Race: | |
| | 1173 Front Street, San Diego, CA 92101 | FBI #: | |
| Facility Phone: | (619) 610-1647 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by (Signature) _____