1 | **R. DEKE FALLS**
California State Bar No. 289490
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5030
Telephone: (619) 234-8467
4 | Facsimile: (619) 687-2666
Deke_Falls@fd.org

Attorneys for John Timothy Earnest

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  19CR1850-AJB |
|---|---|
| Plaintiff, | Hon. Anthony J. Battaglia |
| v. | |
| JOHN TIMOTHY EARNEST, | DEFENSE COUNSEL'S MOTION TO WITHDRAW FROM FURTHER REPRESENTATION |
| Defendant. | |

The undersigned counsel moves to withdraw from further representation of Mr. Earnest. Mr. Earnest currently has two learned counsel, Kathryn Nester and Patrick Burke, as well as two other attorneys, Ellis M. Johnston and Kimberly Trimble, on his defense team. Therefore, the defense team agrees that it is unnecessary at this time for undersigned counsel to continue on this case. Mr. Earnest is aware of this motion and consents to counsel's withdrawal.

Respectfully submitted,

Dated:  May 11, 2020

*s/ R. Deke Falls*
Federal Defenders of San Diego, Inc.
Attorneys for John Timothy Earnest

Email:  Deke_Falls@fd.org