**PATRICK J. BURKE**
Colorado State Bar No. 4943
Patrick J. Burke, P.C.
303 16th Street, Suite 200
Denver, CO 80202
(303) 825-3050
patrick-j-burke@msn.com

**ELLIS M. JOHNSTON III**
California State Bar No. 223664
CLARKE JOHNSTON THORP & RICE PC
180 Broadway, Suite 1800
San Diego, CA 92101
(619) 756-7632
trip@cjtrlaw.com

Attorneys for Mr. Earnest

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE ANTHONY J. BATTAGLIA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>        vs.<br><br>JOHN TIMOTHY EARNEST,<br><br>                  Defendant. | Case No.: 19CR1850-AJB<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEFING IN EXCESS OF 25 PAGES** |

**TO:**   ROBERT S. BREWER, JR., UNITED STATES ATTORNEY; AND PETER KO, SHANE HARRIGAN, ASSISTANT UNITED STATES ATTORNEYS, AND ROSE GIBSON, SPECIAL ASSISTANT UNITED STATES ATTORNEY:

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEFING IN EXCESS OF 25 PAGES

As required by Local Rule 47.1(e), Mr. Earnest, by and through his attorneys, hereby moves this Court for leave to file briefing for the February 12, 2021, motions hearing that exceeds 25 pages in total, for the foregoing reasons.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mr. Earnest has been charged in an Indictment alleging 113 counts, including counts that are capital-eligible or otherwise provide for mandatory life sentences. Beyond the significant scope of punishment that Mr. Earnest faces, the legal challenges to the charges in the Indictment raise significant constitutional and statutory issues, many of first impression in this Circuit.

Counsel have been diligent and strived to condense the briefing as much as possible.

Counsel have also consulted with counsel for the government, Assistant United States Attorney Peter Ko, who states that the government has no opposition to this motion.

Respectfully Submitted,

DATED: December 11, 2020

s/ Patrick J. Burke
**PARTICK J. BURKE**

s/ Ellis M. Johnston III
**ELLIS M. JOHNSTON III**
Attorneys for Mr. Earnest