UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN TIMOTHY EARNEST,<br><br>Defendant. | Case No.  19cr1850-AJB<br><br>PRELIMINARY ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Indictment the United States sought forfeiture of all right, title and interest in all firearms and ammunition of Defendant JOHN TIMOTHY EARNEST ("Defendant"), pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as firearms and ammunition involved in the commission of obstruction of free exercise of religious beliefs (counts 1 to 54; 18 U.S.C. § 247(a)(2), 247(d)(1), and  247(d)(3)); hate crime acts (counts 55 to 108; 18 U.S.C. § 249(a)(1)(B)); attempted damage to religious property (count 109; 18 U.S.C. § 247(a)(1) and 247(d)(3)); and using, carrying, and discharging a firearm during and in relation to a crime of violence (counts 110 to 113; 18 U.S.C. § 924(c) and 924(j)), as charged in the Indictment; and

WHEREAS, on or about September 17, 2021, Defendant pled guilty before U.S. Magistrate Judge Michael S. Berg  to  Counts 1-113 of  the  Indictment, which

//

pleas included consents to the forfeiture allegations of the Indictment, including forfeiture of the following:

    a.    One Smith & Wesson Model M&P 15 Sport II semi-automatic rifle, serial number ending -950, and

    b.    Approximately 50 rounds of .223 caliber ammunition; and

WHEREAS, on October 14, 2021 this Court accepted the guilty pleas of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and financial addendum, the Court finds that the United States has established the requisite nexus between the forfeited properties and the offenses of conviction; and

WHEREAS, by virtue of said guilty pleas, the United States is now entitled to possession of the firearm and ammunition which are hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the firearm and ammunition which are hereby found forfeitable by the Court; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty pleas of the Defendant, the United States is hereby authorized to take custody and control of the firearm and ammunition, and all right, title and interest of Defendant JOHN TIMOTHY EARNEST in them are hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

//

     a.    One Smith & Wesson Model M&P 15 Sport II semi-automatic rifle, serial number ending -950, and

     b.    Approximately 50 rounds of .223 caliber ammunition.

2.    The firearm and ammunition are to be held by the Federal Bureau of Investigation in its secure custody and control.

3.    Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4.    Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5.    This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the above-referenced assets, in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

IT IS SO ORDERED.

Dated: October 19, 2021

Hon. Anthony J. Battaglia
United States District Judge