AUSA

# SENTENCING SUMMARY CHART
Sentencing Date: Dec. 28, 2021

| Defendant | John Timothy Earnest | Docket No. | 19CR1850-AJB |
|---|---|---|---|
| Attorney | Harrigan, P. Ko, Gibson | Phone No. | 619-546-6981<br>619-546-7359<br>202-616-4571 |
| Manual | Nov. 2021 | Agree w/USPO | N |

| | | |
|---|---|---|
| Base Offense Level<br>(Drug Quantity, if app.) | | See attch |
| Specific Offense Characteristics | | See attch |
| Victim Related Adjustment | | See attch |
| Adjustment for Role in the Offense | | |
| Adjustment for Obstruction of Justice | | |
| Adjustment for Reckless Endangerment During Flight | | |
| Adjusted Offense Level<br>   [ X ] Combined (Mult. Counts) [   ] Career Off. [   ] ACC | | 49 |
| Adjustment for Acc. Respon.: [X] Govt Motion, USSG 3E1.1(b) | | 3- |
| Total Offense Level | | 46 (43) |
| Criminal History Score | | 0 |
| Criminal History Category<br>  [   ] Career Offender   [   ] Armed Career Criminal | | I |
| Guideline Range<br>  Range limited by [ ] Mandatory Minimum   [ ] Statutory Maximum | | Life |
| Departures | | |
| Resulting Guideline Range [Adjusted Offense Level:    ] | | |
| **RECOMMENDATION** | | See * |

*For counts 1 to 108 and 110, life in prison per count. For count 109, 20 years in prison. For counts 111 to 113, under 5G1.2(a), 10 years in prison per count, each consecutive to all other sentences in this case. Total effective sentence: life in prison, plus 30 years consecutive.

Approved: s/Andrew Haden

AUSA

UNITED STATES v. EARNEST, 19CR1850-AJB
(Continued)

Per 1B1.1(a)(1)-(3), for each count, determine offense level under Chapter 2 and apply adjustments from Chapter 3, parts A to C.

    Counts 1 and 55
        1. Base offense level [2H1.1, 2A1.1]      43
        2. Hate crime [3A1.1(a)]      +3

    Count 110
        1. Base offense level [2A1.1]      43
        2. Hate crime [3A1.1(a)]      +3

    Counts 2 and 56
        1. Base offense level [2H1.1, 2A2.1]      33
        2. Permanent bodily injury [2A2.1(b)(1)(A)]      +4
        3. Hate crime [3A1.1(a)]      +3

    Counts 3 and 57
        1. Base offense level [2H1.1, 2A2.1]      33
        2. Serious bodily injury [2A2.1(b)(1)(B)]      +2
        3. Hate crime [3A1.1(a)]]      +3

    Counts 4 and 58
        1. Base offense level [2H1.1, 2A2.1]      33
        2. Serious bodily injury [2A2.1(b)(1)(B)]      +2
        3. Hate crime [3A1.1(a)]      +3

    Counts 5-54 and 59-108
        1. Base offense level [2H1.1, 2A2.1]      33
        2. Hate crime [3A1.1(a)]      +3

    Count 109
        1. Base offense level [2H1.1(a)(1), 2K1.4(a)(1)]      24
        2. Hate crime [3A1.1(a)]      +3

    Counts 111-113
        Per 2K2.4(b), guideline sentence for each count is minimum term of imprisonment required by statute.

AUSA

Per 3D1.1(a)(1), if convicted of multiple counts, group the counts according to 3D1.2.

Per 3D1.2, group counts involving substantially same harm. Per 3D1.2(a), counts involve substantially same harm if, inter alia, involve the same victim and same act or transaction. Per 3D1.3(a), for counts grouped under 3D1.2(a), group offense level is highest offense level—under Chapter 2 and Chapter 3, parts A to C—of counts in the group.

    Groups
        Counts 1, 55, and 110 (victim L. G-K)    Group OL 46
        Counts 2, 56 (victim Y.G.)    Group OL 40
        Counts 3, 57 (victim A.P.)    Group OL 38
        Counts 4, 58 (victim N.D.)    Group OL 38

    Remaining groups are 9 or more levels below OL 46

Per 3D1.4, highest group OL is 46. Number of units based on remaining groups equals 2.5, so add 3 levels.

    Combined offense level    49