# EXHIBIT A

FD-302 (Rev. 5-8-10)

-1 of 1-



UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   11/04/2021

    Task Force Officer (TFO) Michael Silva was notified by San Diego County Sheriff Corporal Brian Lopez that subject John Earnest (44D-SD-3102023) is being transported from San Diego County Sheriff custody to California Department of Corrections and Rehabilitation. Corporal Lopez conducted a property search of Subject Earnest before leaving the George Bailey Detention Facility in Otay Mesa.  Corporal Lopez located a six page written document believed to be a manifesto. The document was found inside an envelope inside one of his books. The written document is attached as a 1A.

The San Diego County Sheriff Transportation Unit confirmed subject Earnest is in the process of transportation to Wasco State Prison (WSP), located at 701 Scofield Ave, Wasco CA 93280.



UNCLASSIFIED//FOUO

Investigation on  11/03/2021  at  San Diego, California, United States (Email)

File #  415M-SD-C67477, 44D-SD-3102023                              Date drafted  11/03/2021

by  SILVA MICHAEL JOHN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.